UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KYLE B. ROWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:04-CV-1875-G (BN) |
| GARY REEVES, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The district court reviewed the proposed findings, conclusions and recommendation for plain error.  The court concludes that Texas Finance Code § 304.003 requires use of the May 2005 postjudgment interest rate of 5.75% to calculate the renewed amount of June 2005 judgments.  This rate should replace the 6.75% interest rate from November 2005 used in the Magistrate Judge's findings, conclusions and recommendation.  Aside from this modification, and the resulting reduction in both the interest after

judgment and total renewed judgment amounts, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Plaintiff's motion to renew judgment (docket entry 47) is **GRANTED**. The clerk of court is **DIRECTED** to issue a writ of execution on the judgment in the amounts set forth below:

| | |
|---|---|
| a. Total Judgment: | $541,780.80 |
| b. Costs after Judgment: | $0 |
| c. Subtotal (add a and b): | $0 |
| d. Credits after Judgment: | $0 |
| e. Subtotal (subtract d from c): | $0 |
| f. Interest after Judgment: | $305,576.58 |
| g. Fee for filing renewal application: | $0 |
| h. Total Renewed Judgment (add, e, f and g): | $847,357.38 |

**SO ORDERED**.

August 29, 2014.

*A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**